THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE MIRROR, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1931 and 1932, Block 160, Lot 22.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOFT, INC., Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1931 to 1937, inclusive, Block 161, Lot 34.) — Consolidated appeal from two orders dismissing consolidated certiorari proceedings. In one order certiorari proceedings and writs for the review of assessments for the tax years 1931 and 1932, affecting property known as 516 Fulton Street, of which relator, The Mirror, is a tenant under a lease obligating it to pay taxes, are dismissed. In the second order, the proceedings and writs issued to review assessments of a parcel known as 524 Fulton Street for the tax years 1931, 1932, 1933, 1934, 1935 and 1937, of which relator Loft, Inc., is a tenant under a lease obligating it to

pay taxes, are dismissed. On the consolidated appeal, orders confirming assessments and dismissing writs of certiorari unanimously affirmed, with one bill of fifty dollars costs and disbursements. No opinion. The opinion of the trial court, considered as a decision, is modified by striking therefrom the following: As to 524 Fulton Street —

| " City Expert | Claimant's Expert |
|---|---|
| $349,000 | $290,000 |
| 373,000 | 290,000 |
| 355,500 | 290,000 |
| 332,300 | 280,000 |
| 329,700 | 250,000 |
| 314,500 | 200,000 " |

and by substituting in lieu thereof the following:

| " City Expert | Claimant's Expert |
|---|---|
| $373,000 | $295,000 |
| 355,500 | 258,500 |
| 332,300 | 222,000 |
| 329,700 | 203,500 |
| 314,500 | 198,500 |
| 314,500 | 192,850 " |

As to 516 Fulton Street —

| " City Expert | Claimant's Expert |
|---|---|
| $470,000 | $365,000 |
| 410,000 | 400,000 " |

and by substituting in lieu thereof the following:

| " City Expert | Claimant's Expert |
|---|---|
| $495,000 | $390,000 |
| 470,000 | 340,600 ". |

The incorporation of the figures in the decision that were struck out above was the result of a patent typographical error. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.